AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

UNITED STATES OF AMERICA

V.

CAROL ANN MICHILES
11735 North State Hwy. 27
Chancellor, AL 36316

**WARRANT FOR ARREST**

Case Number:   1:06cr170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   <u>CAROL ANN MICHILES</u>
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)

in violation of Title _____ 21 _____ United States Code, Section(s) __ 846 and 841(a)(1) __

DEBRA P. HACKETT
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

7/12/06 - Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |