IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:06-cr-170-WHA |
| ) | |
| CAROL ANN MICHILES ) | |

## O R D E R

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as motion (Doc. 18, filed July 14, 2006), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Coffee County Jail, New Brockton, Alabama, Alabama commanding it to deliver Carol Ann Michiles to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on July 26, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with her.

DONE this the 18th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE