COURTROOM DEPUTY'S MINUTES  DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:40 – 11:47 am
COURT REPORTER: 11:48 – 11:53 am

☒ ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA  DEFENDANT NAME: Carol Ann MICHILES
USA:  DEFENDANT ATTORNEY: Hamm
Type counsel ( ) Waived; ( ) Retained; (✓) CJA; ( ) FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓) NO; ( ) YES    Name:

☒ This is defendant's FIRST APPEARANCE.
☒ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☒ ORAL ORDER appointing ~~Federal Public Defender~~ CJA. Notice of Appearance to be filed.
WAIVER OF INDICTMENT executed and filed.
INFORMATION filed.
Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☒ Not Guilty
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):         ☐ dismissed on oral motion of USA
                                ☐ to be dismissed at sentencing
Written plea agreement filed    ☐ ORDERED SEALED
ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
CRIMINAL TERM:              ☐ WAIVER OF SPEEDY TRIAL filed.
        DISCOVERY DISCLOSURE DATE:
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☒ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel