**COURTROOM DEPUTY MINUTES**           DATE: **AUGUST 30, 2006**
**MIDDLE DISTRICT OF ALABAMA**
                                       DIGITAL RECORDING: **11:21 - 11:27**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **1:06-CR-170-WHA-DRB** | DEFT. NAME: **CAROL ANN MICHILES** |
| USA: **A. CLARK MORRIS** | ATTY: **DANIEL HAMM** |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO |
| USPTSO/USPO: _____ | |

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.    Date of Arrest _____ or    ☐ Rule 5 Arrest
- ☐ Kia.     Deft. First Appearance. Advised of rights/charges.    ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed    ☐ to be obtained by PTS;    ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted **ORAL ORDER** appointing Federal Defender   -   **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;    ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's **ORAL** (kgoralm.) Motion for Detention Hrg.    ☐ To be followed by written motion;
- ☐        Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐        **DETENTION HRG**   ☐ held;  ☐ Set for _____;  ☐ **Prelim. Hrg**  ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered.    ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
             ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.     Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. Identity/Removal Hearing    ☐ set for _____;    ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl. Waiver of Preliminary hearing;
- ☐        Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.  ARRAIGNMENT SET FOR: _____    ✓ **HELD**. Plea of **NOT GUILTY** entered.
             ✓ Trial Term **1/8/07** ;    ☐ **PRETRIAL CONFERENCE DATE:** _____
             ☐ DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**