## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES O F AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR NO.**   **1:06CR170-WHA** |
| | ) | |
| **CAROL ANN MICHILES** | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

   **ARRAIGNMENT** is hereby set for **September 27, 2006**  in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

### CAROL ANN MICHILES

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **27**TH

day of **September, 2006**  at **10:00 o'clock a. m**.

   **DONE** this 11th  day of September, 2006**.**

                    VANZETTA P. MCPHERSON
                    UNITED STATES MAGISTRATE JUDGE

   By: _____
                       **Deputy Clerk**

cc:    **U.S. Attorney**
       **U.S. Pretrial Services**
       **U.S. Probation**
       **Atty. Daniel G. Hamm**