# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☒ Southern   ☐ Eastern

HON. Delores R. Boyd            AT Montgomery, Alabama
DATE COMMENCED 9-25-2006        @ 11:06 ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006        @ 11:07 ☒ a.m. ☐ p.m

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA        vs.        CAROL ANN MICHILES
Plaintiff(s)                               Defendant(s)

### APPEARANCES

Plaintiff(s)/Government                    Defendant(s)

Clark Morris                               Dan Hamm

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.                Crt Rptr: ___
Law Clerk: ___                             Interpreter: ___
USPO/USPTS: ___                            Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference      ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other ___

#### Pretrial Conference

Pending Motions: ___
Discovery Status: ___           Plea Status: No Ct
Trial Status/Length: ___        Trial Term: ___