# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**V.**<br><br>**CAROL ANN MICHILES, DEFENDANT.** | **CASE NUMBER**<br><br>**1:06-CR-170-WHA** |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Carol Ann Michiles, by and through the undersigned counsel and notifies this Honorable Court of her intent to change her plea from not guilty to guilty.

**RESPECTFULLY SUBMITTED** this the 21st day of December, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX               334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 21st day of December, 2006.


**/s/ Daniel G. Hamm**

Daniel G. Hamm (HAM043)
Attorney for the Defendant
560 S. McDonough St., Ste. A
Montgomery, Alabama 36104
Telephone    334-269-0269
Fax          334-323-5666


A. Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197