| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 12-28-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:29-10:39 am |
| | COURT REPORTER: Risa Entrekin |

☐ ARRAIGNMENT    ☒ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

PRESIDING MAG. JUDGE: Coody    DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA    DEFENDANT NAME: CAROL ANN MICHILES
AUSA: Morris    DEFENDANT ATTORNEY: Dan Hamm

Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    ☐ Not Guilty
    ☒ Guilty as to:
        ☒ Count(s): 1ss
        ☐ Count(s): _____        ☐ dismissed on oral motion of USA
                                    ☐ to be dismissed at sentencing

☒ Written plea agreement filed    ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1ss
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
    DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel