IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-170-WHA |
| | ) | |
| CAROL ANN MICHILES | ) | |
| | ) | |

UNITED STATES' MOTION TO AMEND THE INDICTMENT
AND OTHER PLEADINGS TO CORRECT NAME OF DEFENDANT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow an amendment to all prior pleadings, including, but not limited to the Indictment, to correct the defendant's name. As grounds for this motion, the government states as follows:

1. The indictment filed herein lists Defendant "Carol Ann Michiles" as one of the co-conspirators. The United States has subsequently learned that the defendant's name is "Carol Ann Michiels".

2. The United States respectfully requests that this Honorable Court amend all pleadings heretofore filed to reflect the defendant's true name of "Carol Ann Michiels".

Respectfully submitted this the 16th day of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
Email: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-170-WHA |
| | ) | |
| CAROL ANN MICHILES | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A