IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-170-WHA |
| | ) | |
| CAROL ANN MICHILES | ) | |

### MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES (ACCEPTANCE OF RESPONSIBILITY)

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in Defendant's sentence pursuant to U.S.S.G § 3E1.1(b) as Defendant assisted authorities in the investigation and prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G § 3E1.1(b), the United States respectfully moves this Court to reduce the Defendant's offense level by one level. Combined with the two-level reduction applied to Defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to Defendant's offense level for Defendant's acceptance of responsibility.

Respectfully submitted this the 10th day of April, 2007.

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY

                      /s/ A. Clark Morris
                      A. CLARK MORRIS
                      Assistant United States Attorney
                      One Court Square, Suite 201
                      Montgomery, AL 36104
                      Phone: (334)223-7280
                      Fax: (334)223-7135
                      E-mail: clark. morris@usdoj.gov
                      ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>1:06-CR-170-WHA</u> |
| | ) | |
| CAROL ANN MICHILES | ) | |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dan Hamm, Esquire.

               Respectfully submitted,

               /s/ A. Clark Morris
               A. CLARK MORRIS
               Assistant United States Attorney
               One Court Square, Suite 201
               Montgomery, AL 36104
               Phone: (334)223-7280
               Fax: (334)223-7135
               E-mail: clark. morris@usdoj.gov
               ASB-1613-N77A