IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )

vs.                                 )    CR. NO. 1:06cr170-WHA

CAROL MICHIELS                      )

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. #467), filed by Daniel H. Hamm,

Esq., on September 26, 2007, and for good cause shown, it is hereby ORDERED as follows:

1.  The motion is GRANTED.

2.  This case having been closed, Mr. Hamm is granted permission to withdraw from

representation of the Defendant, Carol Michiels, and shall have no further responsibility as to

her.

DONE this 9th day of October, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE